IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:22-CR-55 WLS |
| LARONCE HOWELL, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Tuesday, December 13, 2022, at 3:00 p.m. and for trial on Monday, January 9, 2023 (Doc. 41). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) The Government filed a timely Unopposed Motion for Continuance (Doc. 42) ("Motion") stating that Defendant Laronce Howell's initial appearance and arraignment occurred on November 8, 2022. The trial of codefendant Dewayne Howell was continued to the Valdosta Division February 2023 term at the request of the attorney for codefendant Dwayne Howell. (*See* Order Doc. 27). The Government states that the time for the trial of the codefendant, Dewayne Howell, has not run and that no motion for severance has been filed or granted in this case. The Government's counsel advises that she has discussed the requested continuance with the Defendant's counsel, and he does not oppose the requested continuance.

Based on the Government's stated reasons, the Court finds that the delay from January 9, 2023, to the Valdosta Division February 2023 term is reasonable where Defendant Laronce Howell is joined for trial with codefendant Dewayne Howell, as to whom the time for trial has not run and no motion for severance has been granted. *See* 18 U.S.C. § 3161(h)(6) and that the Motion is well-taken. Therefore, the Motion (Doc. 42) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2023 term and its conclusion, or as may otherwise be ordered by the Court.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(6) because the delay is reasonable, and the Defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted.

The December 13, 2022 pretrial conference as to this case is **CANCELLED**.

**SO ORDERED**, this 18th day of November 2022.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**