IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:22-CR-55 WLS-01 |
| LARONCE HOWELL, | : |
| Defendant. | : |

# ORDER

Before the Court is the Government's Unopposed Motion for Continuance (Doc. 48) ("Motion"). Therein, Government's Counsel requests a continuance of the trial from the February 2023 trial term to the May 2023 Valdosta trial term. Counsel states that the trial of codefendant Dewayne Howell was continued to the Valdosta Division May 2023 term at the request of the attorney for codefendant Dwayne Howell. (See Docs. 46 & 47). The Government states that the time for the trial of the codefendant, Dewayne Howell, has not run and that no motion for severance has been filed or granted in this case. The Government's Counsel advises that she has discussed the requested continuance with the Defendant's Counsel, and he does not oppose the requested continuance.

Based on the Government's stated reasons, the Court finds that the Motion is well-taken, the delay from the Valdosta Division February 2023 to the May 2023 term is reasonable where Defendant Laronce Howell is joined for trial with codefendant Dewayne Howell, as to whom the time for trial has not run and no motion for severance has been filed or granted. *See* 18 U.S.C. § 3161(h)(6).[1] Therefore, the Motion (Doc. 48) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division May 2023 term and its conclusion, or as may otherwise be ordered by the Court.

---

[1] Section 3161(h)(6) excludes "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted" from the time within which a trial must commence.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(6) because the delay is reasonable, and the Defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted.

**SO ORDERED**, this 21st day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**