IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     :<br>                              :<br>    Plaintiff,                :<br>                              :<br>    v.                        :<br>                              :<br>LARONCE HOWELL,               :<br>                              :<br>    Defendant.                :<br>_____ : | CASE NO: 7:22-CR-55-01 WLS |

## ORDER

Before the Court is the Defendant's Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 56) ("Motion"). Therein, Defense Counsel requests a continuance of the trial of this matter from the May 2023 trial term. Counsel states he has been diligently reviewing discovery and determining what investigation is required going forward. At this point, additional time is needed to conduct that investigation, identify and evaluate defenses, consider pretrial litigation, and analyze potential plea options. Counsel states that Defendant also has an extensive criminal history in both Florida and Georgia which Defense counsel has been investigating, but he has not received all the relevant records from state and local courts to complete that investigation.

Defense Counsel represents he has spoken with Government's Counsel and is authorized to state that the Government does not oppose the Motion. The Court further takes notice of the Government's Response to Court Order (Doc. 59) in which the Government advises it does not object to a continuance of the trial. The Government further indicates that a Superseding Indictment (Doc. 53) was filed against Defendant on March 14, 2023. Arraignment on the Superseding Indictment is scheduled for March 28, 2023.

Defendant requests that the Speedy Trial Act deadline be extended pursuant to 18 U.S.C. § 3161.

1

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 56) is **GRANTED**.

The Court hereby ORDERS that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2023 trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

**SO ORDERED**, this 21st day of March 2023.

        /s/ W Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**