IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| LARONCE HOWELL and | :    CASE NO: 7:22-CR-55 (WLS) |
| DEWAYNE HOWELL, | : |
| | : |
| Defendants. | : |
| _____ | : |

### ORDER

      By Order (Doc. 71), entered May 17, 2023, the Court advised the Parties that the Court intended to set these cases for trial during the Valdosta Division August 2023 term of Court. The Court ordered all Parties' counsel to confer and inform the Court, no later than Wednesday, June 7, 2023, whether the cases were ready to proceed to trial. [*Id.*] The Parties were further advised that "[i]f this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference." [*Id.*]

      Defendant DeWayne Howell's Response to Court's Order (Doc. 52) indicates that DeWayne Howell is "READY to proceed to trial. (Doc. 73.) A Jackson-Denno hearing may be necessary to determine the voluntariness of any statement Defendant made to law enforcement." (*Id.* at 1.) The Government's Response to Court Order indicates that the Government is also ready to proceed to trial. (Doc. 72.) The Government indicates that it "would like the opportunity to place a plea offer on the record for *Lafler-Frye* purposes but expects that matter could be accomplished at the pretrial conference." (*Id.* at 2.) Defendant Laronce Howell has not responded to the Court's Order.

      Based on the foregoing and pursuant to the Court's May 17, 2023 Order, Notices of the Pretrial Conference have been filed setting Laronce Howell's (Doc. 74) and DeWayne Howell's (Doc. 75) cases for pretrial conference on **June 28, 2023, at 3:00 p.m.**, and providing

that, unless otherwise ordered, the cases will be called for trial on **Monday, August 7, 2023 at 9:00 a.m.** or thereafter during the Court's Valdosta August trial term.

Based on the Government's and Defendant DeWayne Howell's statements of their intention to raise the pretrial issues noted above, and pursuant to the Notices and the Court's intention to address pretrial motions at the pretrial conference, all Parties are hereby **ORDERED** to file all pretrial motions on or before **Wednesday, June 14, 2023**. Responses to such pretrial motions shall be filed within seven (7) days after the filing of such motions. Any such motions requiring a hearing will be heard immediately following the pretrial conference on **June 28, 2023**.

**SO ORDERED**, this 9th day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**