IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| LARONCE HOWELL and | :     CASE NO: 7:22-CR-55 (WLS) |
| DEWAYNE HOWELL, | : |
| | : |
| Defendants. | : |
| _____ | : |

### ORDER

By Orders entered June 13, 2023 (Docs. 83 & 84), the trial of these matters has been continued to the Valdosta Division, November 2023 term of Court. The Court presently has pending before it:

1. Defendant DeWayne Howell's Motion to Suppress Defendant's Statements (Doc. 78) ("Motion to Suppress") filed June 9, 2023, and the Government's Response (Doc. 80) thereto filed June 12, 2023; and

2. The Government's Motions *in Limine* to Preclude Mistake-of-Age Defense at Trial (Docs. 81 & 82) ("Motions *in Limine*") filed June 12, 2023, as to both Defendants. Defendants' responses to the Motions *in Limine* are due by July 3, 2023.

Pursuant to the Orders entered June 13, 2023, the trial deadline required under the Speedy Trial Act, 18 U.S.C. § 3161, was extended through the Valdosta Division November 2023 trial term and its conclusion, or as may otherwise be ordered by the Court. *See* Docs. 83 & 84 (extending deadline pursuant to § 3161(h)(6), (7)(B)(i), (iv)).

Based on the foregoing, and to keep the Defendants' cases on track for trial(s) to occur during the November 2023 trial term, the Court hereby **ORDERS** that:

A. An evidentiary hearing on the Motion to Suppress (Doc. 78) and hearing on the Government's Motions *in Limine* (Docs. 81, 82) is scheduled for **Tuesday, July 20, 2023 at 2:00 p.m.**

  B. Defendant DeWayne Howell's reply, if any, to the Government's response to the Motion to Suppress shall be filed on or before **Monday, June 19, 2023**.

  C. Defendants' responses to the Motions *in Limine* shall be filed on or before **Monday, July 3, 2023**. The Government's replies, if any, shall be filed within seven (7) days after the filing of such responses.

  **SO ORDERED**, this 15th day of June 2023.

              <u>/s/ W. Louis Sands</u>
              **W. LOUIS SANDS, SR. JUDGE**
              **UNITED STATES DISTRICT COURT**