IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| LARONCE HOWELL and | :     CASE NO: 7:22-CR-55 (WLS) |
| DEWAYNE HOWELL, | : |
| | : |
| Defendants. | : |
| _____ | : |

## ORDER

      Before the Court is the Government's Motion to Specially Set the Trial in This Case Within the Court's November Trial Term (Doc. 93) ("Motion"). Therein the Government's Counsel, Elizabeth Howard, notes that the trial of these cases is currently scheduled to begin during the Court's November 2023 Trial Term in Valdosta. Ms. Howard requests that the Court avoid scheduling the trial to start on November 6, 2023, as she has previously scheduled and paid for vacation from November 3-6, 2023. She requests that the trial be set to begin no earlier than November 7, 2023, or that trial be scheduled for one of the other weeks in November. Ms. Howard states that neither Timothy Saviello nor Jason Moon, Defense Counsel, object to her request. However, Mr. Moon will be unavailable November 17-24, 2023, and therefore requests that the Court also avoid those dates in scheduling the trial.

      While the Court is willing to accommodate counsels' schedules to the extent its docket allows, the Court is without sufficient information to specifically set a trial date until after a pretrial conference is held.

      Accordingly, the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows: The pretrial conference in these cases will be scheduled in the ordinary course with the expectation that they will be ready for trial during the November 2023 Valdosta Trial Term. After the pretrial conference and a determination that the cases are ready for trial, and with the Court's consideration of the Parties' requests as to available trial dates, the cases will

be scheduled for trial. Counsel's request to schedule the captioned case for a date not earlier than November 7, 2023, however, is **GRANTED**.

**SO ORDERED**, this 8th day of August 2023.

<u>**/s/ W. Louis Sands**</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
