**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LARONCE HOWELL and** | : | |
| **DEWAYNE HOWELL,** | : | **CASE NO:  7:22-CR-55 (WLS)** |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## <u>ORDER</u>

On August 22, 2023, the Court held a hearing to address the Government's Motions *in Limine* to Preclude Mistake-of-Age Defense at Trial (Docs. 81 & 82) ("Motions *in Limine*"). Defendant Laronce Howell, his counsel, Timothy Saviello, and the Government's counsel, Elizabeth Howard, were present at the hearing. Defendant DeWayne Howell was not present at the hearing. However, his counsel, Jason Moon, was present. Mr. Moon advised the Court that because the issues in the Motions *in Limine* were purely legal he would request DeWayne Howell sign a waiver of his presence at the hearing. Mr. Moon requested that he be allowed to file a post-hearing brief on behalf of DeWayne Howell. No evidence was presented at the hearing. At the conclusion of Ms. Howard's and Mr. Saviello's arguments, the Court allowed and scheduled the filing of post-hearing briefs. To memorialize the Court's post-hearing briefing schedule, the Court hereby **ORDERS** that:

1.      The Defendant DeWayne Howell may file his post-hearing brief and waiver of a further hearing on or before **Friday, August 25, 2023**.

2.      The Government and Defendant Laronce Howell may file responses, if any, to DeWayne Howell's brief on or before **Friday, September 1, 2023**.

3.      No additional briefs shall be filed without Court approval. However, in the event DeWayne Howell declines to waive his right to be present at a hearing on the Motions *in Limine*, Mr. Moon shall file a request for hearing on or before **Friday, September 1, 2023**.

**SO ORDERED**, this 22nd day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1