IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| LARONCE HOWELL and | :  CASE NO:  7:22-CR-55 (WLS) |
| DEWAYNE HOWELL, | : |
| | : |
| Defendants. | : |
| _____ | : |

## ORDER

The Court intends to notice this case for the November 2023 Valdosta trial term. The Court notes that the Government's pending Motions *in Limine* to Preclude Mistake-of-Age Defense at Trial (Docs. 81 & 82) ("Motions *in Limine*") will be resolved at, or prior to, the date any pretrial conference is scheduled for the trial.[1]

All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, September 15, 2023**, whether any matters, other than the pending Motions *in Limine*, require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 29th day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Post-hearing briefing will be completed on the Motions *in Limine* on or before September 1, 2023.

1