IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | |
| **LARONCE HOWELL,** : | **CASE NO: 7:22-CR-55-01 WLS** |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

On December 19, 2023, the United States Probation Office via memorandum requested a continuance of Defendant Laronce Howell's sentencing hearing. On October 5, 2023, Defendant was convicted of Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e). A continuance is requested because in conducting the presentence investigation, the probation officer encountered voluminous evidence and significant criminal history to review, the bulk of which is aged and originates from another district. In addition, victim impact information and restitution requests have been sent, but hindered by the juvenile victim being detained in the state juvenile courts. Thus the probation officer requires additional time to finalize Defendant's presentence investigation report. The probation officer states that rescheduling the sentencing hearing near the end of February or early March 2024 will allow sufficient time for a thorough investigation to be completed and disclosed in time for other parties to review. Finally, the probation officer states that the Defendant is facing a mandatory statutory minimum 15 year term of imprisonment and a preliminary review of the guideline range is in excess of 15 years. As such, the danger of an over-service of confinement is unlikely.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a plea of guilty in this matter on October 5, 2023. (Doc. 114.) However, as a thorough presentence investigation report may assist this Court in determining a sentence that is "sufficient, but not greater than necessary"

to serve the purposes of sentencing set forth in 18 U.S.C. § 3553(a), the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

Accordingly, it is hereby **ORDERED** that the Sentencing Hearing scheduled to take place on January 25, 2024, is **CANCELLED.** Defendant's Sentencing Hearing shall be rescheduled by a subsequent Order of this Court.

**SO ORDERED**, this 20th day of December 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**