# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO: 7:22-CR-55-01 (WLS)** |
| **LARONCE HOWELL,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Presently before the Court is the Government's Motion to File Under Seal (Doc. 161) ("Motion"), which was filed on May 1, 2024. Therein, the Government requests that the Court enter an Order permitting the Government to file a Motion for Writ of Habeas Corpus Ad Testificandum ("Writ") under seal in the above-styled case. In support of its Motion, the Government states that the minor victim in this case wishes to exercise her right to be present at sentencing of Defendant Laronce Howell that is scheduled for May 29, 2024 in Albany, Georgia. The minor victim is currently in custody and will need to be brought to Court on a writ. To protect the minor victim's identity and current location, the Government requests permission to file this Writ under seal and also requests that the Order for Writ of Habeas Corpus Ad Testificandum itself be filed under seal.

After reviewing the Motion, the Court finds good cause exists to permit the Government's Motion for Writ and for the Order on such motion to be filed under seal. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) ("[W]hether good cause exists is decided by the nature and character of the information in question.") (alterations adopted) (internal quotations marks omitted) (citation omitted).

Accordingly, The Government's Motion to file Under Seal (Doc. 161) is **GRANTED**. When the Government's Motion for Writ of Habeas Corpus Ad Testificandum is filed, the Clerk of Court is **DIRECTED** to docket the motion under seal to be made available only to

the Parties' Counsel, the United States Probation Office, and the Court. The Motion for Writ and the Order on such motion shall remain sealed until further order of the Court.

      **SO ORDERED**, this 3rd day of May 2024.

                                                  /s/ W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**