IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v. : <br> : <br> **LARONCE HOWELL,** : <br> : <br> **Defendant.** : <br> _____ : | **CASE NO:  7:22-CR-55-01 WLS** |

### ORDER

On October 5, 2023, Defendant pled guilty to the offense of Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e) (Docs. 113, 114) A sentencing hearing is currently scheduled for May 29, 2024 at 2:00 p.m. in Albany, Georgia. On May 23, 2024, Defendant, through counsel, filed a Motion to Withdraw Guilty Plea Pursuant to F.R.Cr.P. 11(d) (Doc. 177) ("Motion to Withdraw") as well as an Unopposed Motion to Continue Sentencing (Doc. 176) ("Motion to Continue").

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay."

Accordingly, it is hereby **ORDERED** that a hearing on the Motion to Withdraw (Doc. 177) will be held on **Wednesday, May 29, 2024 at 2:00 p.m**. The Government may file any response to the Motion to Withdraw on or before close of business on **Tuesday, May 28, 2024**. The Defendant's Motion to Continue (Doc. 176) is taken under advisement pending resolution of the Motion to Withdraw.

**SO ORDERED**, this 24th day of May 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**